**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        :        Chapter13
MARK NOTTINGHAM

    (DEBTOR)                        :        Bankruptcy No. 23-11780-MDC

**DEBTOR'S ANSWER TO MOTION FOR RELIEF
OF U.S. BANK NATIONAL ASSOCIATION**

1-6 -Admitted

7-11 – Admitted in part, denied in part.

    WHEREFORE, Debtor prays that the Motion be Denied.

    Respectfully submitted,

Date: November 1, 2023          BY: /s/ Michael A. Cibik
                                MICHAEL A. Cibik, ESQUIRE
                                Cibik Law, P.C.
                                1500 Walnut Street, Suite 900
                                Philadelphia, PA   19102
                                215-735-1060/fax 215-735-6769