### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :         Chapter 13
MARK NOTTINGHAM

  (DEBTOR)                                :         Bankruptcy No. 23-11780-MDC

### O R D E R

AND NOW, this _____ day of _____, 2023 upon consideration of the Motion for Relief of **U.S. Bank National Association** and Debtor's Answer and after a hearing

It is Ordered that the Motion is Denied.

By the Court:

_____
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Judge