**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          :        Chapter13
MARK NOTTINGHAM

   (DEBTOR)                    :        Bankruptcy No. 23-11780-MDC

**CERTIFICATION OF SERVICE**

    I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the
within answer has been served via Electronic Means on the following:

   Kenneth E. West, Esquire
   Chapter 13 Trustee
   PO Box 1229
   Philadelphia, PA 19105

   Alyk L. Oflazian, Esquire
   Adam B. Hall
   Manley Deas Kochalski LLC
   P.O. Box 165028
   Columbus, OH 165028

Dated: November 1, 2023              BY: /s/ Michael A. Cibik
                                     MICHAEL A. CIBIK, ESQUIRE
                                     Cibik Law, P.C.
                                     1500 Walnut Street, Suite 900
                                     Philadelphia, PA   19102
                                     215-735-1060/fax 215-735-6769