United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-11780-mdc

Mark Nottingham                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mark Nottingham, 1218 Primrose Ln, Bensalem, PA 19020-2479 |
| 14792917 | | Bensalem Township, 2400 Byberry Rd, Bensalem, PA 19020-6102 |
| 14792918 | + | Bensalem Township School District, 3000 Donallen Dr, Bensalem, PA 19020-1898 |
| 14792919 | + | Bucks County Tax Claim Bureau, 55 E Court St, Doylestown, PA 18901-4318 |
| 14792921 | | Carolynn Nottingham, 1218 Primrose Ln, Bensalem, PA 19020-2479 |
| 14821149 | + | LVHN, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14792397 | + | Onyx Bay Trust c/o Select Portfolio Servicing, Inc, c/o Sarah K. McCaffery, Esquire, Hladik Onorato & Federman LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14792930 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14792932 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14792937 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14820313 | | U.S. Bank National Association, c/o Alyk L. Oflazian, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14822614 | + | U.S. Bank National Association, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14793530 | + | U.S. Bank National Association ,et al, c/o Mario Hanyon, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 10 2023 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2023 00:25:00 | U.S. Bank National Association, not in its individ, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14793345 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:38:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14793346 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:38:27 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14792920 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2023 00:38:51 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14792922 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2023 00:26:00 | Comenity/Ikea, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14792923 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 10 2023 00:26:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14792924 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 10 2023 00:26:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14792925 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 10 2023 00:25:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14792926 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| | | | |
|---|---|---|---|
| | | Nov 10 2023 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14793343 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Nov 10 2023 00:38:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14793344 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Nov 10 2023 00:38:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14792928 | | Email/Text: ml-ebn@missionlane.com | |
| | | Nov 10 2023 00:25:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14792927 | + | Email/Text: Mercury@ebn.phinsolutions.com | |
| | | Nov 10 2023 00:25:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14799534 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Nov 10 2023 00:25:00 | Mr. Cooper, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 14793531 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Nov 10 2023 00:25:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14809152 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Nov 10 2023 00:25:00 | Nationstar Mortgage, LLC / Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14809898 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Nov 10 2023 00:26:00 | ONYX Bay Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14792929 | | Email/PDF: cbp@omf.com | |
| | | Nov 10 2023 00:38:56 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14809403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Nov 10 2023 00:38:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14792931 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Nov 10 2023 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14807885 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Nov 10 2023 00:26:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14792933 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | |
| | | Nov 10 2023 00:38:15 | Regional Acceptance Corporation, Attn: Bankruptcy 1424 East Fire Tower Ro, Greenville, NC 27858-4105 |
| 14792935 | | Email/PDF: cbp@omf.com | |
| | | Nov 10 2023 00:38:34 | Springleaf Financial S, Po Box 969, Evansville, IN 47706 |
| 14792934 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Nov 10 2023 00:26:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14792936 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Nov 10 2023 01:32:17 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14792938 | ^ | MEBN | |
| | | Nov 10 2023 00:22:57 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14792939 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Nov 10 2023 00:38:24 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14792940 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | |
| | | Nov 10 2023 00:55:17 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14822852 | *+ | U.S. BAnk NAtional Association, C/O Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2023         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRU wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRU wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Mark Nottingham mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |
| ROGER FAY | on behalf of Creditor U.S. Bank National Association rfay@alaw.net  bkecf@milsteadlaw.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Onyx Bay Trust c/o Select Portfolio Servicing  Inc. ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
MARK NOTTINGHAM


                    Debtor              **Bankruptcy No.** 23-11780-MDC


# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.


Date 11/9/2023

_____
Chief Honorable Magdeline D. Coleman
Bankruptcy Judge